No. 22-1056

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

JOHN DOE,

Plaintiff, Appellee,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendants, Appellants.

On Appeal from the U.S. District Court
for the District of Massachusetts
No. 1:21-cv-12060-RGS
Hon. Richard G. Stearns

**Motion for Leave to File Brief *Amicus Curiae* of
Eugene Volokh in Support of Neither Party**

Eugene Volokh
*Pro se*
First Amendment Clinic
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu

## Motion

Eugene Volokh moves under FRAP 29(a)(2) and (3) for leave to file the attached *amicus curiae* brief in support of neither party.

1. Volokh specializes in First Amendment law at UCLA School of Law, and is the author of a textbook and over 50 law review articles on First Amendment law. He has also filed over 100 briefs in First Amendment cases throughout the country.

2. Volokh is the author of *The Law of Pseudonymous Litigation*, 73 Hastings L.J. (forthcoming 2022), http://www.law.ucla.edu/volokh/pseudonym.pdf, which deals with the issue being litigated in this appeal. Based on his research for that article, he would like to file a brief discussing the pluses and minuses of allowing pseudonymity in this case, and especially how such a decision may affect other, non-Title-IX cases.

3. Volokh has no interest in the merits of Mr. Doe's lawsuit, but he is interested in the sound development of pseudonymity law generally. He hopes that his perspective on this subject will be of help to this Court in resolving this case, and in defining this Court's test for when pseudonymous litigation is generally allowed.

4. Out of an abundance of caution, Volokh notes that, coincidentally, one of his sons will be an MIT student next Fall (admitted through Early Admissions in December 2021). But Volokh's filing of the brief is of course not connected with that; Volokh has not discussed his son's status as an incoming MIT student with MIT's lawyers, nor discussed filing this brief with anyone at MIT other than MIT's lawyers. And Volokh's arguments are equally applicable to lawsuits against all universities.

5. The parties have stated that they take no position on the filing of this brief.

                                                      Respectfully submitted,

                                                      s/ <u>Eugene Volokh</u>
                                                      *Amicus Curiae*
                                                      First Amendment Clinic
                                                      UCLA School of Law
                                                      385 Charles E. Young Dr. E
                                                      Los Angeles, CA 90095
                                                      (310) 206-3926
                                                      volokh@law.ucla.edu

## Certificate of Service

I hereby certify that I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on April 17, 2022.

All participants in the case are registered CM/ECF users, and will be served by the appellate CM/ECF system.

Dated: April 17, 2022

s/ Eugene Volokh
*Amicus Curiae*